Exhibit A to the Complaint

**Location:** Richardson, TX  
**Total Works Infringed:** 44

**IP Address:** 108.234.22.238  
**ISP:** AT&T U-verse

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: A13521286D9836AAA0DA329FD56EEBF2EF0E6B38<br>File Hash: 44F78EE5F26D53C631B651256A56405A87BCDB2BFF53B157FD0493E5987D0901 | 12-24-2021 07:50:27 | Tushy | 10-25-2020 | 11-24-2020 | PA0002265965 |
| 2 | Info Hash: 6B8E400282C3C9C50A8C00AEB5CD52F0B967DA0A<br>File Hash: 8B1D77EE7A014B7106E69A34DB5318ADFB95AB580E12B4E69E44CE4A4D0FC85D | 12-24-2021 07:45:07 | Blacked | 05-10-2019 | 07-05-2019 | PA0002206368 |
| 3 | Info Hash: FB4C20732176FA0C5194BF272983EE8EE1CFDA16<br>File Hash: 68B5CBC7E02BA6735B245E1ED8A412CDE3C393E2D890E2151360A81DC93C2DAB | 11-18-2021 04:41:09 | Blacked Raw | 02-17-2020 | 04-17-2020 | PA0002246110 |
| 4 | Info Hash: CB89CE5E87D35FBDB4850C2D61FC60A26CBC0CD6<br>File Hash: 3DA90096BBAC8B52C7CA996B548B56334706A89E908058C880D09D5ABD4AD571 | 11-18-2021 04:40:10 | Blacked | 01-25-2020 | 02-20-2020 | PA0002229054 |
| 5 | Info Hash: 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0<br>File Hash: C37AF8553805F6A6564CD2DA3705A9DAFD128B2939D7AA101D686499D196A471 | 11-18-2021 03:46:06 | Blacked Raw | 08-05-2018 | 09-01-2018 | PA0002119682 |
| 6 | Info Hash: 07A71D8AB8A0645049C16B98A28538E06A009D7B<br>File Hash: 23550D4A0F075E0114ACDB9AC567FF96119101B08EF998CA4B56E309CD6CA039 | 10-27-2021 21:16:34 | Vixen | 09-21-2018 | 11-01-2018 | PA0002143417 |
| 7 | Info Hash: B3D0AFF7AF8B13A26C8D737D478387C9F742628D<br>File Hash: E63B988CD56CC5224BF55A7C519CE38DA6EF5E8080631F0C57231BBE7C6AAB7C | 10-27-2021 21:16:25 | Tushy | 10-23-2018 | 11-25-2018 | PA0002136621 |
| 8 | Info Hash: 8B8DEE500ECB007329A8BDFE4876DF06B5568238<br>File Hash: EEB6E66B6C3FFE1EE2426F50B0E190BA3ECEDAC333AA633C9797D352A0D0ADF7 | 10-27-2021 21:12:42 | Blacked | 04-10-2018 | 05-23-2018 | PA0002101304 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32<br>File Hash: 953B4FA05464C77F34EA401CB5807830535C64655212BEFFD41DC609249E6C56 | 10-27-2021 21:12:35 | Blacked | 11-16-2018 | 11-25-2018 | PA0002136637 |
| 10 | Info Hash: 7927D991B118B583CD71828F2F63A12B4635B5E7<br>File Hash: CAA25AAE87488D48B2B8333738DE97E8D7A15F9D5D305EBF031E8A89416C5E3C | 10-27-2021 21:10:47 | Tushy | 05-21-2018 | 07-14-2018 | PA0002131769 |
| 11 | Info Hash: 06A0AA871C38B22364679C407392C4C580DAB699<br>File Hash: BBABE80AF46824ECA3F01EE91139B5E4238FFEF00A0775AA9BC1734986235CAA | 10-27-2021 21:08:52 | Vixen | 05-19-2018 | 07-14-2018 | PA0002128156 |
| 12 | Info Hash: B4A963875B8F63EEFB739E00A7EE7D864B9C1493<br>File Hash: 7A8B6EC17E28B5D746DA7A9FBE250FBDF19C66208B629A74D4C9B4DB746BC690 | 08-05-2021 23:33:29 | Vixen | 01-09-2019 | 02-02-2019 | PA0002155377 |
| 13 | Info Hash: 56BF0671C368B87782691AB922B69AF7CF37FB90<br>File Hash: 13E72D5238F3DDCC10A5CDD7C75111454B81CF7F0D553172C185DF3F25617EE6 | 08-04-2021 06:50:50 | Vixen | 01-29-2019 | 03-24-2019 | PA0002182715 |
| 14 | Info Hash: 1D1CFE4975FA86AA9A3DC1505EEAEED91CCB9B36<br>File Hash: 3954CD69773DA875F67C129965A028CC69868B630CEF7F65279EEC4C3A017EC9 | 08-04-2021 06:31:35 | Tushy | 09-03-2019 | 09-13-2019 | PA0002200699 |
| 15 | Info Hash: 65A0D2D0B9BD9351FC9D7BE5BFA53F9FD4B3D1B4<br>File Hash: 7D6F2477756F504E1ED8DBC7F6A43EC54347DD51854283EC7BC94F8149A6EDCE | 08-04-2021 05:48:07 | Vixen | 01-04-2020 | 01-27-2020 | PA0002223959 |
| 16 | Info Hash: 381BDB453192B9B75233C9EE50A69C3D78761F29<br>File Hash: F986332CADEA2D7A19623774032EEF9155DF5864CDF4CF50D891D6B1D9364FAD | 08-04-2021 05:36:30 | Tushy | 11-27-2018 | 01-22-2019 | PA0002149851 |
| 17 | Info Hash: 557B0DE14F6A7A062A05FC99F16612D803949D3D<br>File Hash: 9EF62CAA1C0D9C52B514A1F0AA148B3661ACC17A9086063745262761793AEDBC | 08-04-2021 05:11:22 | Tushy | 05-21-2019 | 06-17-2019 | PA0002181294 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 8F914AD5D985A4614B945A9CBAEA70996038A99E<br>File Hash: 499AAECDDEB0EF38775D6585DDFB835C753A3B942C24192C172D512837C47F65 | 08-04-2021 02:08:27 | Vixen | 07-03-2018 | 07-26-2018 | PA0002112153 |
| 19 | Info Hash: 73E574E4F56CCBD035DDBA1FCF86A994B22BDB6F<br>File Hash: 73D05FBDE255FC82E52AEAD342BFCEE21D15312C70D5BFAE282DE0E3B1309945 | 08-04-2021 02:08:25 | Tushy | 03-17-2019 | 04-08-2019 | PA0002164888 |
| 20 | Info Hash: 35824768BF7B365F1CA830E078527B52C12DC631<br>File Hash: 0D47CA7EADAD4AD86D9DDB137C67D0B6B7272D733210F25B5986898F75A26F8A | 08-04-2021 02:06:11 | Tushy | 08-19-2018 | 09-05-2018 | PA0002134998 |
| 21 | Info Hash: 5BDB88CC053754321CAEA4B05A39407BC845578E<br>File Hash: DE1F8EC3EC978719ABB0F943520568E814376782984321B4923CC1CBA7C94749 | 08-04-2021 02:05:26 | Tushy | 02-20-2020 | 03-18-2020 | PA0002241623 |
| 22 | Info Hash: 5C208E2ABF6083135CA52776A02D87442F215D60<br>File Hash: B55B49F458A42B14292868F01D2EB5F08D082276EBFADCC3517A80CD6DC4BAD9 | 08-04-2021 01:57:04 | Tushy | 06-15-2017 | 07-07-2017 | PA0002070815 |
| 23 | Info Hash: 2F37046EC89B3AD7ED74C2940723618BFD1A4721<br>File Hash: C514F2BD32C577857F7DEA85236C8A90631675FE708B73405AB2480024C50E85 | 08-04-2021 01:54:10 | Tushy | 08-14-2017 | 08-17-2017 | PA0002048391 |
| 24 | Info Hash: 605C9418209F27737FD241EF51A32CBFABAAB038<br>File Hash: 829D6412707F891385AF6D5D9F69B5AD482B7B98A9A32076BD46AF58D55F6B74 | 08-04-2021 01:50:03 | Vixen | 03-25-2019 | 04-16-2019 | PA0002187577 |
| 25 | Info Hash: CF200D8754F2C358A35BC087A3A9B21F3D7087C1<br>File Hash: 498BD96165111E7484DBA92321D6D173186C2C79354BCB6CB834BE0D70745559 | 08-04-2021 00:09:23 | Vixen | 07-24-2020 | 08-03-2020 | PA0002259166 |
| 26 | Info Hash: EFDB886D8D69B8D7CC31153066C52424FA716283<br>File Hash: 93102C27DC519B2CE7C98574FF209BD6AC36DFAEC9CD1A7A0B39FAA5828B69F7 | 08-03-2021 22:30:19 | Vixen | 06-23-2018 | 07-26-2018 | PA0002112155 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 4377D001F4E80BB56FC09EEC160D3E44683A7EAF<br>File Hash: DD98AF23D306256E0C8E4D4925F2A17C4E0FCBC11B5EAD6F2D4F1EC3754EE213 | 08-03-2021 22:20:36 | Vixen | 09-16-2019 | 10-01-2019 | PA0002217346 |
| 28 | Info Hash: FF16D5C558E22B9BA334778EF92DDCAC4B9C219F<br>File Hash: 0A6AC3A4977BD540B7DF072701AB010EE0AFC960275C3F4BBE458E3B8FAEF669 | 08-03-2021 22:10:58 | Vixen | 01-29-2020 | 02-20-2020 | PA0002229058 |
| 29 | Info Hash: 42730C2B510F6C5787C84F1C4F833F7ED8D2BB40<br>File Hash: 4C72CBCC1B7497E6F34B38E21B9F50A882A31099F2ACC1630D2BCE192B09A97D | 08-03-2021 22:05:25 | Vixen | 05-24-2018 | 07-14-2018 | PA0002128388 |
| 30 | Info Hash: 42FB29936F0773461AB894640E5895EE9B843742<br>File Hash: EF61072101211DEFAC88A911C5D3CFEA3D73C0C57674E9D0614DF3ED55DCA07E | 08-03-2021 22:01:34 | Tushy | 07-30-2018 | 09-01-2018 | PA0002119590 |
| 31 | Info Hash: 5C0D8ECA7365BEE319443F580FD34AFAA8ED2835<br>File Hash: C2018683EA9532C6F7C9389AF5BC6D4E6F65B7FE41A5A5370E7EE700531F4920 | 08-03-2021 22:01:31 | Tushy | 06-30-2019 | 07-17-2019 | PA0002188300 |
| 32 | Info Hash: 333EF607453E84D6528AC24F90BAF0FAD4A1117A<br>File Hash: 8D68759EBB0D26D114D773A87E8A1E37F1FD3735B98773BB38286C4C8F1F36F1 | 08-03-2021 22:01:24 | Tushy | 03-27-2019 | 04-29-2019 | PA0002169944 |
| 33 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 08-03-2021 21:59:35 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 34 | Info Hash: D953E392C297913CDBDFCE65BCF4DF39F6D492E1<br>File Hash: 0ED72D2222E7721033B25678879CBA2CBB194E14288295CB78F4A1D3B97268A3 | 08-03-2021 21:58:52 | Vixen | 05-24-2019 | 07-17-2019 | PA0002188303 |
| 35 | Info Hash: 7C99E492EC61646CED06952C682B68AACFCD7C33<br>File Hash: 7065F8A4A31E575DD63240B683BF3D1777AFE7B881F5FD81849D9BD1F9CE80DA | 08-03-2021 21:58:32 | Vixen | 02-23-2019 | 04-29-2019 | PA0002169931 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: CA0BEF3F878732A15ED3BF5FE35FF711ACC0DD2E<br>File Hash: 126B76AD22F64D2135938579BDBF376D4BAEA1B57AF180AA290DB76C63824CB9 | 08-03-2021 21:56:31 | Tushy | 12-20-2018 | 01-22-2019 | PA0002147682 |
| 37 | Info Hash: FDEAB1B3E4D42D587B2EE02F380247C859CA6EEB<br>File Hash: 4208F114A19FA8974A79C470EBB3126679EFF49573E69E470DCB578B3A72F328 | 08-03-2021 21:56:15 | Tushy | 05-06-2019 | 06-03-2019 | PA0002178772 |
| 38 | Info Hash: 1018A676073B24EB9A7384E7BF56686079E27B27<br>File Hash: 14933E0910B60AF2E3929652EA75A2557D35397916823CC0D76B623CECFEAD2B | 08-03-2021 21:55:42 | Tushy | 07-20-2018 | 09-05-2018 | PA0002134598 |
| 39 | Info Hash: 400625A24D4B1350C5C9869DC1C9F7767C73C4D3<br>File Hash: 7A005E171C7E821C1A1D93469F199B9B76CEEA2F4DE9EF762B41D575C440F8CE | 08-03-2021 21:55:25 | Tushy | 06-30-2018 | 07-26-2018 | PA0002112157 |
| 40 | Info Hash: CA440BF020303D9EE5CAF3AFC9F6F990F10B7FFE<br>File Hash: D8DA3B246C73F0C13B0C8682F85B951D2217FF7689C445472FC2A69B9D36D0D4 | 08-03-2021 21:55:05 | Vixen | 04-24-2019 | 06-03-2019 | PA0002178769 |
| 41 | Info Hash: 8F45D583B36DC71140A38B289CE0AC68E193AF62<br>File Hash: 6DC4660CCABA32776470F1C7621A4FA83AA6F282968245CF653CA5D40FFB44EE | 08-03-2021 21:50:51 | Tushy | 01-01-2020 | 01-27-2020 | PA0002223953 |
| 42 | Info Hash: 50E15D2CBEC667D65E27914E8CD54CFC687BA554<br>File Hash: 894EB6B77308919ACE1143A162DF1B62024AC823EACDFAD00FFF7795200FA6E8 | 08-03-2021 21:49:57 | Vixen | 10-11-2018 | 10-28-2018 | PA0002130457 |
| 43 | Info Hash: 980E29E94CEBAFEE2E480DF633DF6187E8CC965D<br>File Hash: 1A0F9D7BE2306841713F712039A84E4EC7164CAF368F5352E5F088BEB55B5CA9 | 08-03-2021 21:44:39 | Tushy | 08-01-2021 | 09-30-2021 | PA0002320423 |
| 44 | Info Hash: 7BF81F64765F29E4422A43F4A24C7785E7FBB612<br>File Hash: 670F9C3A0C7F206BF7AA56F3C977AA5B9E37A6EBED8DCBA9A06ED2BDC1085A27 | 03-17-2021 17:25:53 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |